Arnold T. Phillips II  #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911/FAX 528.5006
a.t.phillips@verizon.net

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

LODGED

JAN 1 1 2006
10:10am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>*EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF ARNOLD T. PHILLIPS II; ORDER GRANTING *EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

*EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE
SUMMONS AFTER JUDGMENT



Plaintiff Thomas J. Flatley, by and through its attorneys Neil A. Morris and Arnold T. Phillips II, hereby moves this Honorable Court to issue a garnishee summons directed to First Hawaiian Bank, Bank of America and Wells Fargo ("Garnishees"), for monies, funds, wages, goods, and effects of and/or debts owed to Plaintiffs and directing Garnishees to appear and disclose under oath as required by law whether, at the time the garnishee summons was served on it, that Garnishee (1) had any goods or effects of Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc. in its hands and, if so, the nature, amount and value thereof; (2) was indebted to Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc. and, if so, the nature and amount of the debt; and/or (3) had any monies or funds of Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc. and/or any salary, stipend, commissions, wages, annuity, income, or portions of net income under trust, which, directly or

indirectly, belong to Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc. and, if so, the nature and amount or rate thereof.

This motion is based upon Federal Rules of Civil Procedure Rule 69(a) and Hawaii Revised Statutes §652-1(b) the records and files herein, and the attached Declaration of Arnold T. Phillips II Esq.

DATED : Honolulu, Hawaii January 10,2006.

ARNOLD T. PHILLIPS II
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>        Plaintiff,<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>        Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>ORDER GRANTING *EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

**ORDER GRANTING *EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT**

On motion and supporting declaration of the above-named Plaintiff and upon showing made in those moving papers with the file and record in this case with due consideration by this Court;

IT IS HEREBY ORDERED that the Garnishee Summons be issued according to law as to Garnishees set out in the motion – Bank of America, First Hawaiian Bank, Wells Fargo and Wells Fargo Bank.

1

DATED: This 12th day of Jan, 2006, Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

THOMAS J. FLATLEY, Plaintiff. v. TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. , Defendants – "ORDER GRANTING *EX PARTE* MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT"

2