IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>    Plaintiff,<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>    Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br><br><br>DECLARATION OF ARNOLD T. PHILLIPS II |

## DECLARATION OF ARNOLD T. PHILLIPS II

ARNOLD T. PHILLIPS II declares as follows:

1. He is the attorney for Plaintiff Thomas J. Flatley in the above-entitled action, acting as local counsel for plaintiff;

2. He makes this declaration on the basis of personal knowledge, unless otherwise indicated;

3. On November 14, 2005, a Final Judgment was entered in favor of Plaintiff and against the Defendants in the amount of $ 215,844.61 with

the rate of six percent (6%) per annum from that date;

4.  The foregoing judgment has not been appealed, reversed, modified or set aside, in whole or in part, and they remain in full force and effect.

5.  The judgment is unsatisfied and Plaintiff Thomas J. Flatley is still the owner and holder of the judgment;

6.  By virtue of said judgment, the sum of $ 215,844.61 plus interest at the judgment stated rate is due and owing to Plaintiff from the Defendants;

7.  This *Ex Parte* Motion or Issuance of Garnishee Summons After Judgment asks that a Garnishee Summons be directed to the following entities for all accounts, including but not limited to accounts identified which are associated with the specific identified defendants listed below:

Rodney Hackman, S.S. # 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

Wells Fargo

3555 Harding Avenue

Honolulu, HI 96815

Andrea Hackman has a separate account at Wells Fargo.

Andrea Hackman, S.S. # 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
Wells Fargo
3555 Harding Avenue

Honolulu, HI 96815

The company, The Timeshare Beat, Inc., has an account with First Hawaiian Bank

The Timeshare Beat, Inc.
First Hawaiian Bank
444 Hobron Lane
Honolulu, HI 95815
ADA: #121301015, Account # 57023554

Rod and Andrea Hackman, also, have joint accounts in Tucson, AZ and San Diego, CA

Wells Fargo Bank
3566 E Grant Road
Tucson, AZ, 85716

Bank of America
3101 University Avenue
San Diego, CA., 92104

8.   It is upon information and belief based on a private investigation that the named Garnishees - Wells Fargo, First Hawaiian Bank, Wells Fargo Bank and Bank of America - hold and/or owe funds belonging to Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc.

9.   Upon information and belief Defendant Timeshare Beat, Inc., Rod Hackman, individually and as an officer of Timeshare Beat, Inc. and Andrea Hackman, individually and as an officer of Timeshare Beat, Inc. does not receive

Aid For Dependent Children.

10. I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

DATED:   Honolulu, Hawaii, January 10, 2006.

_____
ARNOLD T. PHILLIPS II