Arnold T. Phillips II  #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911/FAX 528.5006
a.t.phillips@verizon.net

Attorney for Plaintiff

LODGED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 31 2006

at 2 o'clock and 08 min P M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| THOMAS J. FLATLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>MEMORANDUM FILING GARNISHEE SUMMONS FOR COURT'S ACTION |
|---|---|

### MEMORANDUM FILING GARNISHEE SUMMONS FOR COURT'S ACTION

Comes now Plaintiff Thomas J. Flatley, by and through its attorneys Neil A. Morris and Arnold T. Phillips II, hereby files this

memorandum attaching the GARNISHEE SUMMONS for action by this Honorable Court;

The Court granted the motion for issuance of a garnishee summons after judgment; however, the GARNISHEE SUMMONS was not provided to the Court at that time.

DATED : Honolulu, Hawaii January 26, 2006.

_____

ARNOLD T. PHILLIPS II

Attorney for the Plaintiff