IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>    Plaintiff,<br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>    Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>GARNISHEE SUMMONS |

## GARNISHEE SUMMONS

TO: ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and Order with the above-named Garnishee at the following address:

Wells Fargo
3555 Harding Avenue
Honolulu, HI 96815

First Hawaiian Bank
444 Hobron Lane
Honolulu, HI 95815

1

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Leslie E. Kobayashi, U. S. District Court Magistrate, in her courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii at __10:00__ a.m. on __3/13/06__, OR to file a written disclosure in the about entitled court, and serve a copy on the Plaintiff or his counsel within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

(1) had any monies, funds, wages, or goods, including stocks, bonds or equities or other properties or effects of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. whether held for the benefit of , in trust for, or in the names of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., in its hands or a safe deposit box, and ,if so, the nature, amount and value thereof;

(2) was indebted to TIMESHARE BEAT, INC., ROD HACKMAN, individually    and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. for rent, dividends, interest or otherwise and , if so, the nature and amount of debt; and/or

(3) had any monies or funds of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. and/or any rents, salary stipend, commissions, wages, annuity, income, interest or otherwise , dividends or portion of

2

net income under trust, which directly or indirectly, belongs to TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., and if so, the nature and amount or rate thereof.

You as Garnishee are HEREBY ORDERED to hold an secure from the time of the service of this Summons, and until further order by this Court, an amount of money which shall not exceed 120% of the unpaid principal amount of the Judgment in favor of Plaintiff Thomas J. Flatley or $215,844.61 excluding costs and interest

See GARNISHEE INFORMATION, attached hereto as Exhibit "A" for applicable restrictions.

DATED: This 26th day of January, 2006, Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

THOMAS J. FLATLEY, Plaintiff. v. TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants – GARNISHEE SUMMONS

3

EXHIBIT "A"

GARNISHEE INFORMATION

From the date you receive the Garnishee Summons you, as GARNISHEE, are to begin withholding immediately. a part of your employees wages (including my salary. stipend., commissions. annuity or net income or portion of net income under a trust) and pay the money to the JUDGMENT CREDITOR(S) (the person who the money is owed to) or the JUDGMENT CREDITOR(S)' attorney. You will not be sent any further notice or order.

MAKING A DISCLOSURE

A DISCLOSURE is a Statement by you as to whether the JUDGMENT DEBTOR(S) (the person to be garnished). is: (1) your employee; and (2) whether you have any money which is due to the JUDGMENT DEBTOR(S) which can be garnished. This can be done by filing with the Court and sending to the JUDGMENT CREDITOR(S), a Statement indicating the same (form available from the Court). If you begin to withhold and send money to the JUDGMENT CREDITOR(S), a DISCLOSURE is not necessary. If you will not be sending money to the JUDGMENT CREDITOR(S), then you must disclose.

AMOUNTS TO BE WITHHELD

There are two sets of laws, one State and one Federal, that say what amount to be withhold. You are to follow the one that is most favorable for your employee.
<u>In this case you do not have any defendants as an employee.</u>
Prior to making the final payment, you should contact the JUDGMENT CREDITOR(s) or JUDGMENT CREDITOR(S)' ATTORNEY to obtain the final payoff amount which may include additional interest as allowed by law.

In accordance with the Americans with Disabilities Act if you require an accommodation
or assistance, please contact the District Court Administration Office at 538-5121 or TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date.