**ORIGINAL**

AO 440 (Rev 8/01) Summons in a Civil Action          Case No.:   CV-02-00838 SPK/LEK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: March 2, 2006 | TIME: 1:05 p.m. |
|---|---|---|
| NAME OF SERVER: Jacinto Carrasco | TITLE: Process Server | |

*Check one box below to indicate appropriate method of service*

NAME OF DEFENDANT SERVED:   First Hawaiian Bank

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable Age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
   Address: _____

☐ Returned unexecuted. (Reason):

☒ Other (specify): Served upon (Company):   First Hawaiian Bank
   by serving upon (Name):   Bobbie J. Medeiros
   who is the (Title):   Records Specialist
   Address of service:   2339 Kam Highway, Honolulu HI 96819

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 03 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information Contained in the Return of Service is true and correct.

Executed on   3/2/06
              (Date)                                   (Signature of Server)

c/o:   Process Servers Exclusive LLC
       550 Halekauwila Street, Suite 302
       Honolulu, Hawaii 96813

ACKNOWLEDGMENT OF SERVICE:   (Signature of Person accepting documents):

_____        Bobbie J. Medeiros        Records Specialist
(Signature)            (Print Name)              (Title)

Documents Served:   Ex Parte Motion for Issuance of Garnishee Summons after Judgment; Declaration of Arnold T. Phillips II; Order Granting Ex Parte Motion for Issuance of Garnishee Summons after Judgment; Garnishee Summons

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SCANNED

ARNOLD T. PHILLIPS II #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911/FAX 528-5006

# United States District Court

### DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY, | **RETURN OF SERVICE** |
| | |
| | CASE NO.: CV-02-00838 SPK/LEK |
| Plaintiff(s), | |
| v. | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. | |

**RETURN OF SERVICE**