ORIGINAL

AO 440 (Rev 8/01) Summons in a Civil Action                Case No.:  CV-02-00838 SPK/LEK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: MAR 0 6 2006 | TIME: 11:30 |
| NAME OF SERVER: JACINTO CARRASCO III Civil Process Server | TITLE: ||

Check one box below to indicate appropriate method of service

NAME OF DEFENDANT SERVED:

☐ Served personally upon the defendant. Place where served: _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at 2 o'clock and __ min. __ M
SUE BEITIA, CLERK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable Age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

Address: _____

☐ Returned unexecuted. (Reason): _____

☒ Other (specify): Served upon (Company): WELLS FARGO
by serving upon (Name): MARIE IMANAKA
who is the (Title): PRESIDENT
Address of service: 1357 KAPIOLANI BLVD., #910
HON., HI. 96814

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information Contained in the Return of Service is true and correct.

Executed on  3/6/06                    _____
              (Date)                       (Signature of Server)

c/o:  Process Servers Exclusive LLC
      550 Halekauwila Street, Suite 302
      Honolulu, Hawaii 96813

ACKNOWLEDGMENT OF SERVICE:   (Signature of Person accepting documents):

_____         President              3/6/06
(Signature)               (Print Name)           (Title)
                          Marie Imanaka

Documents Served:  Ex Parte Motion for Issuance of Garnishee Summons after Judgment; Declaration of Arnold T. Phillips II; Order Granting Ex Parte Motion for Issuance of Garnishee Summons after Judgment; Garnishee Summons

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ARNOLD T. PHILLIPS II   #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii  96813
Telephone:  808-528-3911/FAX 528-5006

ORIGINAL

# United States District Court

DISTRICT OF HAWAII

THOMAS J. FLATLEY,

**RETURN OF SERVICE**

CASE NO.:   CV-02-00838 SPK/LEK

Plaintiff(s),

v.

TIMESHARE BEAT, INC., ROD HACKMAN,
individually and as an officer of Timeshare Beat, Inc.
and ANDREA HACKMAN, individually and as an
officer of Timeshare Beat, Inc.

**RETURN OF SERVICE**