# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00838SPK-LEK |
| CASE NAME: | Thomas J. Flatley vs. Timeshare Beat, Inc. |
| ATTYS FOR PLA: | Arnold Thielen Phillips II |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 3/13/2006 | TIME: | 10:00-10:01 |

COURT ACTION:  EP: Return Date on Issuance of Garnishee Summons After Judgment [Garnishees: Wells Fargo, First Hawaiian Bank] - No one present.

Plaintiff's Counsel to contact Garnishees.

Submitted by: Warren N. Nakamura, Courtroom Manager