ORIGINAL

FIRST HAWAIIAN BANK
Garnishee/Tax Levy  Department
2339 Kamehameha Highway
Honolulu, Hawaii 96819
Tel. No. 844-3176

Garnishee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 0 2006

at _1_ o'clock and _15_min. _P_ M _ _
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THOMAS J. FLATLEY, | ) | CIVIL NO. CV-02-00838 SPK/LEK |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | DISCLOSURE OF |
| | ) | FIRST HAWAIIAN BANK |
| | ) | AND CERTIFICATE OF |
| TIMESHARE BEAT, INC., | ) | SERVICE |
| ROD HACKMAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIRST HAWAIIAN BANK, et al., | ) | |
| | ) | |
| Garnishee(s) | ) | |

DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service

of the Garnishee Summons herein, Defendant(s) named in said Summons were not in receipt

from Garnishee of any wages, Garnishee did not have any goods or effects in its hands or

moneys of said Defendant(s) in its possession for safekeeping, nor was Garnishee indebted to

said Defendant(s) except as shown by the following accounts:

1

1.  Checking Account No. 57-226870 at Eaton Square Branch under the name of ANDREA L. HACKMAN in the sum of $1,177.21 of which $95.00 is off-set by the Garnishee and $1,082.21 is being held for present garnishment.

2.  Checking Account No. 57-023554 at Eaton Square Branch under the name of THE TIMESHARE BEAT INC. in the sum of $56,831.82 of which $56,831.82 is being held for present garnishment.

Of the amounts held in the above-described account(s) $95.00 is off-set by the Garnishee and $57,914.03 is being held for present garnishment.  Garnishee further discloses the basis for the off-set amount(s) as follows:

| Amount | Description |
| --- | --- |
| $95.00 | Service Charge for Garnishment |

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of his/her knowledge.

DATED:  Honolulu, Hawaii, _____MAR 1 7 2006_____.

FIRST HAWAIIAN BANK

By _____
Grace N. Chinen
Operations Coordinator

Subscribed and sworn to before me this _____MAR 1 7 2006_____.

_____
Leanne Nakasone
Notary Public, State of Hawaii
My commission expires:  October 3, 2007

LS

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on _____MAR 1 7 2006_____, a copy of the foregoing

Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United

States mail, postage prepaid to the following person(s) at the address(es) shown:


      Arnold T. Philips II
      1188 Bishop Street, Suite 3003
      Honolulu, HI  96813


      Attorney for Plaintiff

Dated: Honolulu, Hawaii, _____MAR 1 7 2006_____.


                             _____
                             GRACE N. CHINEN
                             of FIRST HAWAIIAN BANK


                             Garnishee