ORIGINAL

```
WELLS FARGO BANK
LEVY PROCESSING DEPARTMENT
PO BOX 29779
PHOENIX, AZ 85038
PH# 480-724-2000
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2006

at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

GARNISHEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J FLATLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC, ROD HACKMAN,<br>et al,<br><br>Defendant<br><br>and<br><br>WELLS FARGO BANK<br><br>Garnishee | Case No.: CV-02-00838 SPK/LEK<br><br><br>DISCLOSURE OF WELLS FARGO BANK<br>AND CERTIFICATE OF SERVICE |

### DISCLOSURE OF WELLS FARGO BANK

WELLS FARGO BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendant(s) named in said Summons were not in receipt of any wages, Garnishee did not have any



- 1 -

goods or effects in its hands or moneys of said Defendant(s) except as shown by the following account:

1. Checking Account in the name of RODNEY J HACKMAN POD ANDREA L HACKMAN in the sum of $15,306.99 is being held for the garnishment.

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of his/her knowledge.

Dated this 6th day of April, 2006

_____
Chere' Oliver
Paralegal

Subscribed and sworn to before me this April 6th 2006
_____
Notary Public, State of Arizona
My Commission Expires: 1/24/09

OFFICIAL SEAL
JANNA LONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on _____4·6·06_____, copy of the foregoing Garnishee Disclosure was duly served by depositing the same in the United States mail, postage prepaid to the following person(s) at the address shown:

Arnold T Philips
1188 Bishop Street
Ste 3003
Honolulu, HI 96813

Attorney for Plaintiff

Dated: Phoenix, Arizona, _____4·6·06_____

*Chere' Oliver*
Chere' Oliver
on behalf of Wells Fargo Bank.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>Plaintiff,<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>**GARNISHEE SUMMONS**<br><br>Received By Garnishments<br><br>MAR 1 3 2006 |

## GARNISHEE SUMMONS

TO: ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to serve and leave a true and attested copy of this Summons and Order with the above-named Garnishee at the following address:

Wells Fargo
3555 Harding Avenue
Honolulu, HI 96815

First Hawaiian Bank
444 Hobron Lane
Honolulu, HI 95815

1

You, As Garnishee, are hereby SUMMONED and required to appear personally before the Honorable Leslie E. Kobayashi, U. S. District Court Magistrate, in her courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii at 10:00 a.m. on 3/13/06, OR to file a written disclosure in the about entitled court, and serve a copy on the Plaintiff or his counsel within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

(1) had any monies, funds, wages, or goods, including stocks, bonds or equities or other properties or effects of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. whether held for the benefit of, in trust for, or in the names of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., in its hands or a safe deposit box, and ,if so, the nature, amount and value thereof;
(2) was indebted to TIMESHARE BEAT, INC., ROD HACKMAN, individually   and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. for rent, dividends, interest or otherwise and , if so, the nature and amount of debt; and/or
(3) had any monies or funds of TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. and/or any rents, salary stipend, commissions, wages, annuity, income, interest or otherwise , dividends or portion of

2

net income under trust, which directly or indirectly, belongs to TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., and if so, the nature and amount or rate thereof.

You as Garnishee are HEREBY ORDERED to hold an secure from the time of the service of this Summons, and until further order by this Court, an amount of money which shall not exceed 120% of the unpaid principal amount of the Judgment in favor of Plaintiff Thomas J. Flatley or $215,844.61 excluding costs and interest

See GARNISHEE INFORMATION, attached hereto as Exhibit "A" for applicable restrictions.

DATED: This 26th day of January, 2006, Honolulu, Hawaii, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

THOMAS J. FLATLEY, Plaintiff. v. TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., Defendants – GARNISHEE SUMMONS

3

EXHIBIT "A"

GARNISHEE INFORMATION

From the date you receive the Garnishee Summons you, as GARNISHEE, are to begin withholding immediately. a part of your employees wages (including my salary. stipend., commissions. annuity or net income or portion of net income under a trust) and pay the money to the JUDGMENT CREDITOR(S) (the person who the money is owed to) or the JUDGMENT CREDITOR(S)' attorney. You will not be sent any further notice or order.

MAKING A DISCLOSURE

A DISCLOSURE is a Statement by you as to whether the JUDGMENT DEBTOR(S) (the person to be garnished). is: (1) your employee; and (2) whether you have any money which is due to the JUDGMENT DEBTOR(S) which can be garnished. This can be done by filing with the Court and sending to the JUDGMENT CREDITOR(S), a Statement indicating the same (form available from the Court). If you begin to withhold and send money to the JUDGMENT CREDITOR(S), a DISCLOSURE is not necessary. If you will not be sending money to the JUDGMENT CREDITOR(S), then you must disclose.

AMOUNTS TO BE WITHHELD

There are two sets of laws, one State and one Federal, that say what amount to be withhold. You are to follow the one that is most favorable for your employee.
<u>In this case you do not have any defendants as an employee.</u>
Prior to making the final payment, you should contact the JUDGMENT CREDITOR(s) or JUDGMENT CREDITOR(S)' ATTORNEY to obtain the final payoff amount which may include additional interest as allowed by law.

In accordance with the Americans with Disabilities Act if you require an accommodation
or assistance, please contact the District Court Administration Office at 538-5121 or TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date.