Arnold T. Phillips II #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911/FAX 528.5006
ATP@atphillips.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **THOMAS J. FLATLEY,**<br><br>Plaintiff,<br><br>vs.<br><br>**TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.**<br><br>Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>*EX PARTE* **MOTION FOR AN ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS; DECLARATION OF ARNOLD T. PHILLIPS II, EXHIBITS "A" & "B"; PROPOSED ORDER GRANTING** *EX PARTE* **MOTION FOR ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS** |

## *EX PARTE* MOTION FOR AN ISSUANCE OF AN ORDER FOR

## PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS

Plaintiff Thomas J. Flatley, by and through its attorneys Neil A. Morris and Arnold T. Phillips II, hereby moves this Honorable Court to issue an order for the payment of sums held subject to the garnishee summons directed to First Hawaiian Bank, Bank of America and Wells Fargo ("Garnishees"), for monies, funds, wages, goods, and effects of and/or debts owed to Plaintiffs issued by this Court.

This motion is based upon Federal Rules of Civil Procedure Rule 69(a) and Hawaii Revised Statutes §652-1(b) the records and files herein, and the attached Declaration of Arnold T. Phillips II Esq.

DATED : Honolulu, Hawaii April 20, 2006.


_____/s/ Arnold Phillips _____

ARNOLD T. PHILLIPS II

Attorney for the Plaintiff