Arnold T. Phillips II #6640
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 808-528-3911/FAX 528.5006
ATP@atphillips.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>        Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>*EX PARTE* MOTION FOR AN ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS; DECLARATION OF ARNOLD T. PHILLIPS II, EXHIBITS "A" & "B"; PROPOSED ORDER GRANTING *EX PARTE* MOTION FOR ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS |

*EX PARTE* MOTION FOR AN ISSUANCE OF AN ORDER FOR

## PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS

Plaintiff Thomas J. Flatley, by and through its attorneys Neil A. Morris and Arnold T. Phillips II, hereby moves this Honorable Court to issue an order for the payment of sums held subject to the garnishee summons directed to First Hawaiian Bank, Bank of America and Wells Fargo ("Garnishees"), for monies, funds, wages, goods, and effects of and/or debts owed to Plaintiffs issued by this Court.

This motion is based upon Federal Rules of Civil Procedure Rule 69(a) and Hawaii Revised Statutes §652-1(b) the records and files herein, and the attached Declaration of Arnold T. Phillips II Esq.

DATED : Honolulu, Hawaii April 20, 2006.

/s/ Arnold Phillips
ARNOLD T. PHILLIPS II
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>    Plaintiff,<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.<br><br>    Defendants. | CIVIL NO. CV-02-00838 SPK/LEK<br><br>DECLARATION OF ARNOLD T. PHILLIPS II |

### DECLARATION OF ARNOLD T. PHILLIPS II

ARNOLD T. PHILLIPS II declares as follows:

1. He is the attorney for Plaintiff Thomas J. Flatley in the above-entitled action, acting as local counsel for plaintiff;

2. He makes this declaration on the basis of personal knowledge, unless otherwise indicated;

3. On November 14, 2005, a Final Judgment was entered in favor of Plaintiff and against the Defendants in the amount of $ 215,844.61 with the rate of six percent (6%) per annum from that date;

4. The foregoing judgment has not been appealed, reversed, modified or set aside, in whole or in part, and they remain in full force and effect.

5. The judgment is unsatisfied and Plaintiff Thomas J. Flatley is still the owner and holder of the judgment;

6. An *Ex Parte* Motion or Issuance of Garnishee Summons After Judgment which asked that a Garnishee Summons was granted by the court and garnishee summons were directed to Wells Fargo Bank and First Hawaiian Bank;

7. In their response to the Garnishee Summons the garnishees disclosed that the sums of $15,306.99 and $57,914.03 respectively were being held for further order of the Court.

8. A true and accurate copy of the disclosures of the garnishees are attached to this declaration as Exhibits "A" and "B";

9. The Garnishee Summons directs the garnishees to hold appropriate sums until the further order of the court which Plaintiff is now requesting issue;

10. I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

DATED:   Honolulu, Hawaii, April 20, 2006.

                                        /s/Arnold T. Phillips
                                        ARNOLD T. PHILLIPS II

Exhibit "A"

WELLS FARGO BANK
LEVY PROCESSING DEPARTMENT
PO BOX 29779
PHOENIX, AZ 85038
PH# 480-724-2000

GARNISHEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J FLATLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC, ROD HACKMAN, et al,<br><br>    Defendant<br><br>and<br><br>WELLS FARGO BANK<br><br>    Garnishee | Case No.: CV-02-00838 SPK/LEK<br><br>DISCLOSURE OF WELLS FARGO BANK AND CERTIFICATE OF SERVICE |

## DISCLOSURE OF WELLS FARGO BANK

WELLS FARGO BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendant(s) named in said Summons were not in receipt of any wages, Garnishee did not have any

- 1 -

goods or effects in its hands or moneys of said Defendant(s) except as shown by the following account:

1. Checking Account in the name of RODNEY J HACKMAN POD ANDREA L HACKMAN in the sum of $15,306.99 is being held for the garnishment.

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of his/her knowledge.

Dated this 6th day of April, 2006

Chere' Oliver
Paralegal

Subscribed and sworn to before me this April 6th 2006

Notary Public, State of Arizona
My Commission Expires: 1/24/09

OFFICIAL SEAL
JANNA LONG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 24, 2009

- 2 -

Exhibit "B"

FIRST HAWAIIAN BANK
Garnishee/Tax Levy Department
2339 Kamehameha Highway
Honolulu, Hawaii 96819
Tel. No. 844-3176

Garnishee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY, | CIVIL NO. CV-02-00838 SPK/LEK |
| Plaintiff(s) | |
| vs. | DISCLOSURE OF FIRST HAWAIIAN BANK AND CERTIFICATE OF SERVICE |
| TIMESHARE BEAT, INC., ROD HACKMAN, et al., | |
| Defendant(s) | |
| and | |
| FIRST HAWAIIAN BANK, et al., | |
| Garnishee(s) | |

### DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendant(s) named in said Summons were not in receipt from Garnishee of any wages. Garnishee did not have any goods or effects in its hands or moneys of said Defendant(s) in its possession for safekeeping, nor was Garnishee indebted to said Defendant(s) except as shown by the following accounts:

1

1. Checking Account No. 57-226870 at Eaton Square Branch under the name of ANDREA L. HACKMAN in the sum of $1,177.21 of which $95.00 is off-set by the Garnishee and $1,082.21 is being held for present garnishment.

2. Checking Account No. 57-023554 at Eaton Square Branch under the name of THE TIMESHARE BEAT INC. in the sum of $56,831.82 of which $56,831.82 is being held for present garnishment.

Of the amounts held in the above-described account(s) $95.00 is off-set by the Garnishee and $57,914.03 is being held for present garnishment. Garnishee further discloses the basis for the off-set amount(s) as follows:

| Amount | Description |
|---|---|
| $95.00 | Service Charge for Garnishment |

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of his/her knowledge.

DATED: Honolulu, Hawaii, MAR 1 7 2006

FIRST HAWAIIAN BANK

By _____
Grace N. Chinen
Operations Coordinator

Subscribed and sworn to before me this MAR 1 7 2006

_____
Leanne Nakasone
Notary Public, State of Hawaii
My commission expires: October 3, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on _____MAR 1 7 2006_____, a copy of the foregoing Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United States mail, postage prepaid to the following person(s) at the address(es) shown:

Arnold T. Philips II
1188 Bishop Street, Suite 3003
Honolulu, HI 96813

Attorney for Plaintiff

Dated: Honolulu, Hawaii, _____MAR 1 7 2006_____.

_____
GRACE N. CHINEN
of FIRST HAWAIIAN BANK

Garnishee