## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| **THOMAS J. FLATLEY**, | CIVIL NO. CV-02-00838 SPK/LEK |
| Plaintiff, | |
| v. | **ORDER GRANTING *EX PARTE* MOTION FOR AN ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS** |
| **TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.** | |
| Defendants. | |

ORDER GRANTING *EX PARTE* MOTION FOR
AN ISSUANCE OF AN ORDER FOR PAYMENT
OF FUNDS BEING HELD FOR THE GARNISHMENTS

On motion and supporting declaration of the above-named

Plaintiff and upon showing made in those moving papers with the file

and record in this case with due consideration by this Court;

IT IS HEREBY ORDERED that the Garnishees previously directed

by the Garnishee Summons – Wells Fargo Bank and First Hawaiian Bank –

pay out the sums of $15,306.99 and $57,914.03 respectively being held for

further order of the Court.

DATED:  Honolulu, Hawai`i, April 26, 2006.

Leslie E. Kobayashi
United States Magistrate Judge

---

THOMAS J. FLATLEY, Plaintiff. v. TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc.  and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc. , Defendants, CIVIL NO. CV-02-00838 SPK/LEK– **"ORDER GRANTING *EX PARTE* MOTION FOR AN ISSUANCE OF AN ORDER FOR PAYMENT OF FUNDS BEING HELD FOR THE GARNISHMENTS"**