Arnold T. Phillips, II, Esquire
Law Offices Arnold T. Phillips, II
1188 Bishop St Ste 3003
Honolulu, HI 96813
808-528-3911

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMESHARE BEAT, INC., ET AL.,<br><br>    Defendants | ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT<br><br>CIVIL NO. 02-00838SPK-LEK<br><br>FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |

1. Final Judgment was entered in this action in favor of the Plaintiff, Thomas J. Flatley ("Judgment Creditor") and against the Defendants, Timeshare Beat, Inc., Rod Hackman and Andrea Hackman ("Judgment Debtors"), on November 14, 2005.

2. Judgment Creditor is represented in this action by Neil A. Morris, Esquire, Neil A. Morris, Esquire, Mellon Bank Center, 1735 Market St 43rd Floor, Philadelphia, PA 19103 and Arnold T. Phillips, II, Esquire, Law Office Of Arnold T. Phillips, Century Square Suite 3003, 1188 Bishop Street, Suite 3003, Honolulu, Hawaii 96813.

3. The address of the Judgment Debtors, according to the Court's docket entries for this action, is 1777 Ala Moana Blvd Suite 107 # 90, Honolulu Hawaii 96815.

4. The Judgment Creditor acknowledges that he has assigned his rights, title and interest in the judgment for purposes of collection to JATSB, LLC, 212 West Gay Street, West Chester, PA 19382, subject to the terms and conditions set out in the written agreement executed by the parties on April 4, 2006.

Dated: 6/6/06 , 2006

_____
Judgment Creditor

Respectfully submitted.

_____
Arnold T. Phillips, II, Esquire
Law Offices Arnold T. Phillips, II
1188 Bishop St Ste 3003
Honolulu, HI 36813
808-526-1911