IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS J. FLATLEY, | ) CIVIL NO. 02-00838 SPK/LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TIMESHARE BEAT, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER DENYING WITHOUT PREJUDICE EX PARTE MOTION FOR WRIT OF EXECUTION

On July 11, 2008, "JATSB, LLC, a Delaware Limited Liability Company" filed an Ex Parte Motion for Writ of Execution, seeking to enforce a November 14, 2005 judgment against Defendants in this action.

JATSB, LLC is not a Plaintiff in this action. Apparently, Plaintiff Thomas J. Flatley assigned the judgment to JATSB, but that does not necessarily or automatically mean that JATSB is the Plaintiff. Rather, Rule 25(c) of the Federal Rules of Civil Procedure regarding substitution of parties would appear to apply. See, e.g., Air Line Pilots Ass'n Intern. v. Texas Intern. Airlines, Inc., 567 F. Supp. 78, 81 (S.D. Tex. 1983). Assuming JATSB is a transferee of an interest held by

Plaintiff Flatley, the Court will require an appropriate motion to substitute or join as Plaintiff before proceeding further in this action.

The Court therefore DENIES the pending Ex Parte Motion for Writ of Execution without prejudice.

IT IS SO ORDERED.

DATED: July 23, 2008.



_____
Samuel P. King
Senior United States District Judge

Flatley v. Timeshare Beat, Inc., Civ. No. 02-00838SPK/LEK, ORDER DENYING WITHOUT PREJUDICE EX PARTE MOTION FOR WRIT OF EXECUTION