Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| KEVIN W. HERRING | 6722-0 |
| MICHAEL R. VIEIRA | 8186-0 |

Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
Email:   kherring@awlaw.com
             mvieira@awlaw.com

Attorneys for Plaintiff
 JATSB, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JATSB, LLC, a Delaware Limited Liability Company, | Civil No.:  CV 02-00838 SPK-LEK |
| Plaintiff | PLAINTIFF JATSB, LLC'S EX PARTE MOTION FOR WRIT OF EXECUTION RE DOMAIN NAMES; |
| v. | MEMORANDUM IN SUPPORT; DECLARATION OF JAMES S. |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | TUPITZA; DECLARATION OF MICHAEL R. VIEIRA; EXHIBITS "1" – "12"; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ISSUANCE OF WRIT OF EXECUTION |
| Defendants. | Judge:  Hon. Samuel P. King |
| | (No Trial Date Set) |

518870

PLAINTIFF JATSB, LLC'S EX PARTE MOTION FOR WRIT OF EXECUTION
RE DOMAIN NAMES

Plaintiff-assignee JATSB, LLC ("Judgment Creditor"), by and through its attorneys, Ashford & Wriston, A Limited Liability Law Partnership LLP, hereby moves this Honorable Court, ex parte, to issue a Writ of Execution in the form attached hereto as Exhibit "1," commanding the United States Marshal or Deputy, Sheriff of the State of Hawaii or Deputy, or any Police Officer in the State of Hawaii making service of execution, to levy upon the Internet domain names registered to Timeshare Beat, Inc., Rod Hackman and/or Andrea Hackman (collectively "Judgment Debtors"), including those listed in Exhibit "2" and upon giving thirty (30) days notice as required by law, to sell the same, or so much thereof as may be found necessary, at public sale to the highest bidder in order to satisfy the judgment rendered against Judgment Debtors on November 18, 2005, in favor of Thomas J. Flatley, a copy of which is attached hereto as Exhibit "3".

Alternatively, Judgment Creditor requests that a receiver be appointed to assist in the turnover of the Internet domain names owned by Judgment Debtors.

This motion is based upon Rule 69 of the Federal Rules of Civil Procedure, Hawaii Revised Statutes §§ 651-14 and 651-31, et seq., the attached Exhibits, the records and files herein and the Declaration of Michael R. Vieira.  In the event that this Court wishes to convert this Ex Parte Motion to a hearing motion, Judgment Creditor will serve Judgment Debtors with said Motion and a notice of hearing.

DATED:  Honolulu, Hawaii; July 11, 2008.

/s/ Michael R. Vieira
KEVIN W. HERRING
MICHAEL R. VIEIRA
Attorneys for Plaintiff
JATSB, LLC