Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| KEVIN W. HERRING | 6722-0 |
| MICHAEL R. VIEIRA | 8186-0 |

Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
Email:   kherring@awlaw.com
         mvieira@awlaw.com

Attorneys for Assignee-Judgment Creditor
 JATSB, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THOMAS J. FLATLEY, | ) | Civil No.:  CV 02-00838 SPK-LEK |
| | ) | |
| Plaintiff | ) | ASSIGNEE-JUDGMENT CREDITOR |
| | ) | JATSB, LLC'S MOTION FOR |
| v. | ) | SUBSTITUTION OF PARTY; |
| | ) | MEMORANDUM IN SUPPORT OF |
| TIMESHARE BEAT, INC., ROD | ) | MOTION; DECLARATION OF JAMES |
| HACKMAN, individually and as an | ) | S. TUPITZA; EXHIBIT "1" |
| officer of Timeshare Beat, Inc. and | ) | |
| ANDREA HACKMAN, individually | ) | Hearing |
| and as an officer of Timeshare Beat, | ) | Date: _____ |
| Inc., | ) | Time: _____ |
| | ) | Judge:  Hon. Samuel P. King |
| Defendants. | ) | |
| | ) | (No Trial Date Set) |
| _____ | ) | |

ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY

Assignee-Judgment Creditor JATSB, LLC ("JATSB"), by and through its attorneys, Ashford & Wriston, A Limited Liability Law Partnership LLP, hereby moves this Honorable Court for an order substituting JATSB as Plaintiff herein as successor in interest to Plaintiff Thomas J. Flatley ("Flatley") pursuant to that certain Assignment of Judgment more specifically described in the Declaration attached hereto.

This Motion is made pursuant to Rules 7 and 25 of the Federal Rules of Civil Procedure, and is based upon the attached memorandum, declaration and exhibits, and the records and files herein

DATED: Honolulu, Hawaii; September 8, 2008.

/s/ Michael R. Vieira
KEVIN W. HERRING
MICHAEL R. VIEIRA
Attorneys for Assignee-Judgment Creditor
JATSB, LLC