Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

KEVIN W. HERRING      6722-0
MICHAEL R. VIEIRA      8186-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Facsimile:  (808) 533-4945
Email:  kherring@awlaw.com
         mvieira@awlaw.com

Attorneys for Assignee-Judgment Creditor
 JATSB, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JATSB, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff<br><br>v.<br><br>TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc.,<br><br>        Defendants. | Civil No.: CV 02-00838 SPK-LEK<br><br>DECLARATION OF JAMES S. TUPITZA (RE: ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY)<br><br>(No Trial Date Set) |

526570

DECLARATION OF JAMES S. TUPITZA (RE: ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY)

JAMES S. TUPITZA, ESQ. declares and avers, under penalty of perjury, as follows:

1. I am a Member/Manager of Plaintiff-assignee JATSB, LLC.

2. I make this Declaration in support of JATSB, LLC's Motion for Substitution of Party.

3. On April 4, 2006, Thomas J. Flatley, by written agreement assigned his rights, title and interest in the Final Judgment entered on November 18, 2005 in <u>Thomas J. Flatley v. Timeshare Beat, Inc., et al.</u>, Civil No. 02-00838 SPK-LEK to JATSB, LLC.

4. Attached hereto as Exhibit "1" is a true and correct copy of the Acknowledgment of Assignment of Judgment executed by Thomas J. Flately in favor of JATSB, LLC.

EXECUTED: _August_, _20_, 2008.

_____
JAMES S. TUPITZA

526570