Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

KEVIN W. HERRING        6722-0
MICHAEL R. VIEIRA       8186-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
Email:  kherring@awlaw.com
        mvieira@awlaw.com

Attorneys for Assignee-Judgment Creditor
 JATSB, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JATSB, LLC, a Delaware Limited Liability Company, | Civil No.:  CV 02-00838 SPK-LEK |
| Plaintiff | CERTIFICATE OF SERVICE (RE: ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY) |
| v. | |
| TIMESHARE BEAT, INC., ROD HACKMAN, individually and as an officer of Timeshare Beat, Inc. and ANDREA HACKMAN, individually and as an officer of Timeshare Beat, Inc., | (No Trial Date Set) |
| Defendants. | |

CERTIFICATE OF SERVICE (RE: ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY)

I HEREBY CERTIFY that on September 8, 2008, a copy of ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY, filed herein on September 8, 2008 was duly served on the following party electronically through CM/ECF as follows:

Arnold T. Phillips, II     ATP@atphillips.com
1188 Bishop St. Ste 3003
Honolulu, HI 96813

Attorney for Plaintiff Thomas J. Flatley

I HEREBY FURTHER CERTIFY that on September 8, 2008, copies of ASSIGNEE-JUDGMENT CREDITOR JATSB, LLC'S MOTION FOR SUBSTITUTION OF PARTY, filed herein on September 8, 2008 were duly served on the following parties addressed as follows:

Neil A. Morris
Mellon Bank Center
1735 Market St. 43rd Flr.
Philadelphia, PA 19103

Attorney for Plaintiff Thomas J. Flatley

Timeshare Beat, Inc.
1777 Ala Moana Blvd., Suite 107 #90
Honolulu, Hawaii 96815

Defendant

Rod Hackman
1777 Ala Moana Blvd., Suite 107 #90
Honolulu, Hawaii 96815

Defendant

Andrea Hackman
1777 Ala Moana Blvd., Suite 107 #90
Honolulu, Hawaii 96815

Defendant

      DATED:  Honolulu, Hawaii; September 8, 2008.


                              /s/ Michael R. Vieira
                              KEVIN W. HERRING
                              MICHAEL R. VIEIRA
                              Attorneys for Assignee-Judgment Creditor
                              JATSB, LLC