UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

Rod Hackman
1777 Ala Moana Blvd.
Suite 107-260
Honolulu, HI 96815

NIXIE      960    DE  1         00   09/15/08
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 96850487199      *0972-03185-10-41

Rod Hackman
1777 Ala Moana Blvd.
Suite 107 #90
Honolulu, HI 96815

Cv 02-838

CV-02-00838

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 16 2008

DISTRICT OF HAWAII

Andrea Hackman
1777 Ala Moana Blvd.
Ste 107 #90
Honolulu, HI 96815

Cv 02-838

Timeshare Beat, Inc.
1777 Ala Moana Blvd.
Suite 107 #90
Honolulu, HI 96815

Cv 02-838

Notices

1:02-cv-00838-SPK-LEK Flatley v. Timeshare Beat, Inc., et al **CASE CLOSED on 11/14/2005**

## U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 9/10/2008 at 11:23 AM HST and filed on 9/10/2008
Case Name: Flatley v. Timeshare Beat, Inc., et al
Case Number: 1:02-cv-838
Filer:
**WARNING: CASE CLOSED on 11/14/2005**
Document Number: 119(No document attached)

Docket Text:
NOTICE of Hearing on Motion [117] JATSB, LLC's MOTION to Substitute Party : Motion Hearing set for 10/14/2008 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (wnn, )

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.

**1:02-cv-838 Notice has been electronically mailed to:**

Arnold T. Phillips, II  ATP@atphillips.com

Michael R. Vieira  mvieira@awlaw.com, spili@awlaw.com

**1:02-cv-838 Notice will not be electronically mailed to:**

Andrea Hackman
1777 Ala Moana Blvd.
Ste 107 #90
Honolulu, HI 96815

Rod Hackman
1777 Ala Moana Blvd.
Suite 107 #90
Honolulu, HI 96815

Neil A. Morris
Neil A. Morris
Mellon Bank Center
1735 Market St 43rd Flr
Philadelphia, PA 19103

Timeshare Beat, Inc.
1777 Ala Moana Blvd.
Suite 107 #90
Honolulu, HI 96815