IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JATSB, LLC, | ) | CIVIL NO. 02-00838 SPK-LEK |
| Plaintiff(s), | ) | |
| vs. | ) | |
| TIMESHARE BEAT, INC., ET AL., | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION

"Findings and Recommendation to Grant Assignee-Judgment Creditor JATSB, LLC'S Motion for Substitution of Party" having been filed and served on all parties on 10/15/08, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii:  November 3, 2008



/s/ Samuel P. King
Samuel P. King
Senior United States District Judge

cc: all parties of record